Filed Under Seal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- _____ |
| v. | : | DATE FILED: _____ |
| BREYONNE GIBSON | : | VIOLATION:<br>18 U.S.C. § 922(o) (possession of a machinegun – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 27, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BREYONNE GIBSON**

knowingly possessed a machine gun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is at least one of the following: thirty-two machinegun conversion devices intended for use in converting a semi-automatic firearm to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

Filed Under Seal

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(o) set forth in this indictment, defendant

**BREYONNE GIBSON**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of the offense, including, but not limited to:

1) thirty-two machinegun conversion devices intended for use in converting a semi-automatic firearm to fire automatically;

2) a Glock 26 privately manufactured firearm bearing serial number AEUE556 ; and

3) a Palmetto Arms AR pistol bearing serial number B00154263.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

BREYONNE GIBSON

## INDICTMENT

Counts
18 U.S.C. § 922(o) (possession of a machinegun – 1 count)
Notice of forfeiture

A true bill.



Foreperson

Filed in open court this _8th_ day,
of _August_ A.D. 20 _23_

_____
Foreperson

Bail, $ _____